UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDY BERKSHIRE, #371645,

    Plaintiff,

v.

ROBERT SANDERS, et al.,

    Defendants.
    _____/

File No. 1:10-CV-942

HON. ROBERT HOLMES BELL

**ORDER APPROVING AND ADOPTING
<u>MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>**

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Plaintiff's objections to the R&R (Dkt. No. 88) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the June 14, 2012, R&R of the Magistrate Judge (Dkt. No. 81) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's claims for injunctive relief (Dkt. No. 4) are **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that Defendants' motions for summary judgment (Dkt. Nos. 19, 33) are **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's discovery motions (Dkt. Nos. 86, 95) are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff's appeal of the Magistrate Judge's June 14, 2012, order on pending discovery motions (Dkt. No. 87) is **OVERRULED**, and that the Magistrate Judge's order on pending discovery motions (Dkt. No. 80) is **AFFIRMED**.

**IT IS FURTHER ORDERED** that Defendants' second motion to stay discovery (Dkt. No. 90) is **DENIED AS MOOT**.


Dated: September 27, 2012         /s/ Robert Holmes Bell
                                  ROBERT HOLMES BELL
                                  UNITED STATES DISTRICT JUDGE