UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


RANDY BERKSHIRE, #371645,

      Plaintiff,

                                          File No. 1:10-CV-942

v.

                                          HON. ROBERT HOLMES BELL

ROBERT SANDERS, et al.,

      Defendants.

_____/

**ORDER APPROVING AND ADOPTING
<u>MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>**

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Plaintiff's objections to the R&R (Dkt. No. 88) are

**OVERRULED**.

**IT IS FURTHER ORDERED** that the June 14, 2012, R&R of the Magistrate Judge

(Dkt. No. 81)  is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's claims for injunctive relief  (Dkt. No.

4) are **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that Defendants' motions for summary judgment (Dkt.

Nos. 19, 33) are **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's discovery motions (Dkt. Nos. 86, 95)

are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff's appeal of the Magistrate Judge's June 14, 2012, order on pending discovery motions (Dkt. No. 87) is **OVERRULED**, and that the Magistrate Judge's order on pending discovery motions (Dkt. No. 80) is **AFFIRMED**.

**IT IS FURTHER ORDERED** that Defendants' second motion to stay discovery (Dkt. No. 90) is **DENIED AS MOOT**.

Dated: <u>September 27, 2012</u>                    /s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE